AO 440b (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

DONTE ROLANDO HARRIS

*Plaintiff*

v.

CHARLES E. SAMUELS, JR. et al

*Defendant*

Civil Action No. 16-1012 CKK

**WITHOUT PREPAYMENT OF COSTS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHARLES E. SAMUELS, JR.
DIRECTOR OF FBOP
320 FIRST STREET, NW
WASHINGTON, DC 20534

OFFICE OF THE ... RECEIVED 2016 JUN -6 P

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DONTE ROLANDO HARRIS
REG. NO. 37473-083
U.S. PENITENTIARY TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 06/06/2016 cc/PSD

Michael Darby

*Signature of Clerk or Deputy Clerk*

AO 440b (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DONTE ROLANDO HARRIS
*Plaintiff*
v.
CHARLES E. SAMUELS, JR. et al
*Defendant*

Civil Action No. 16-1012 CKK

**WITHOUT PREPAYMENT OF COSTS**

2016 JUL -6 P 1:05
OFFICE OF THE CLERK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MS. DUMBAR
ASSISTANT PROGRAMS DIRECTOR CPD
320 FIRST STREET, NW
WASHINGTON, DC 20534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DONTE ROLANDO HARRIS
REG. NO. 37473-083
U.S. PENITENTIARY TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 06/06/2016

Michael Darby
*Signature of Clerk or Deputy Clerk*

AO 440b (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DONTE ROLANDO HARRIS<br>*Plaintiff*<br>v.<br>CHARLES E. SAMUELS, JR. et al<br>*Defendant* | ) | Civil Action No. 16-1012 CKK<br>**WITHOUT PREPAYMENT OF COSTS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COUNTER TERRORISM UNIT (CTU)
FBOP
320 FIRST STREET, NW
WASHINGTON, DC 20534

2016 JUN -6 P 4: 05

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DONTE ROLANDO HARRIS
REG. NO. 37473-083
U.S. PENITENTIARY TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 06/06/2016

Michael Darby

*Signature of Clerk or Deputy Clerk*

AO 440b (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

DONTE ROLANDO HARRIS

*Plaintiff*

v.

CHARLES E. SAMUELS, JR. et al

*Defendant*

Civil Action No. 16-1012 CKK

**WITHOUT PREPAYMENT OF COSTS**

2016 JUN -6 P 4:06

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. ATTORNEY
CIVIL DIVISION, FOURTH FLOOR
501 THIRD STREET, NW
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DONTE ROLANDO HARRIS
REG. NO. 37473-083
U.S. PENITENTIARY TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 06/06/2016

Michael Darby
*Signature of Clerk or Deputy Clerk*

AO 440b (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

DONTE ROLANDO HARRIS

*Plaintiff*

v.

CHARLES E. SAMUELS, JR. et al

*Defendant*

Civil Action No. 16-1012 CKK

**WITHOUT PREPAYMENT OF COSTS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DONTE ROLANDO HARRIS
REG. NO. 37473-083
U.S. PENITENTIARY TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 06/06/2016

*Signature of Clerk or Deputy Clerk*